# United States Bankruptcy Court

### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  JOHN A. KOPRUCKI & BERNADETTE T. KOPRUCKI          Case Number: 07-70063
515 SUNSHINE COURT                    SSN-xxx-xx-4486 & xxx-xx-0221
ALGONQUIN, IL  60102

Case filed on:          1/11/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,775.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 2,774.00 | 2,774.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 2,000.00 | 0.00 |
| 008 | KCA FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MICHAEL D. FINE, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COLLECT AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WEST ASSET MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ENHANCED RECOVERY CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | TRUE LOGIC FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO - MEDCLEAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSI COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | BLATT, HASENMILLER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | | | | |
| 034 | JOHN A. KOPRUCKI | 2,038.25 | 2,038.25 | 2,038.25 | 0.00 |
| 035 | JOHN A. KOPRUCKI | 0.00 | 0.00 | 600.00 | 0.00 |
| 999 | JOHN A. KOPRUCKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 2,038.25 | 2,038.25 | 2,638.25 | 0.00 |
| 001 | SAXON MORTGAGE SERVICES INC | 17,695.46 | 0.00 | 0.00 | 0.00 |
| 002 | SAXON MORTGAGE SERVICES INC | 207,963.52 | 0.00 | 0.00 | 0.00 |
| 003 | SAXON MORTGAGE SERVICES INC | 48,496.02 | 0.00 | 0.00 | 0.00 |
| 004 | SAXON MORTGAGE SERVICES INC | 1,072.66 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 275,227.66 | 0.00 | 0.00 | 0.00 |
| 005 | AMOCO - BP OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ANES. ASSOC. OF CRYSTAL VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ANESTHESIA ASSOC. OF WOODSTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 3,675.76 | 3,675.76 | 0.00 | 0.00 |
| 011 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 863.06 | 863.06 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 8,035.00 | 8,035.00 | 0.00 | 0.00 |
| 016 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DISCOVER FINANCIAL SERVICES | 17,607.38 | 17,607.38 | 0.00 | 0.00 |
| 020 | KOHLS/CHASE BANK USA NA | 74.43 | 74.43 | 0.00 | 0.00 |
| 023 | JEFFERSON CAPITAL SYSTEMS, LLC | 11,492.12 | 11,492.12 | 0.00 | 0.00 |
| 024 | GE MONEY BANK | 1,124.25 | 1,124.25 | 0.00 | 0.00 |
| 026 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NORTHERN ILLINOIS MEDICAL CENTER | 2,756.21 | 2,756.21 | 0.00 | 0.00 |
| 029 | SURGICAL ASSOC. OF FOX VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 11,173.71 | 11,173.71 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 833.41 | 833.41 | 0.00 | 0.00 |
| 033 | ROUNDUP FUNDING LLC | 1,316.31 | 1,316.31 | 0.00 | 0.00 |
|  | Total Unsecured | 58,951.64 | 58,951.64 | 0.00 | 0.00 |
|  | Grand Total: | 338,991.55 | 63,763.89 | 4,638.25 | 0.00 |

Total Paid Claimant:       $4,638.25
Trustee Allowance:         $136.75          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00      discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>09/27/2007</u>                    By  <u>/s/Heather M. Fagan</u>